FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

JAN 09 2024

GARY P. SEDAR
CLERK OF COURT
BY_____
DEPUTY CLERK

TRINA A. HIGGINS, United States Attorney (#7349)
CHRISTOPHER BURTON, Assistant United States Attorney (NV #12940)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4270
Christopher.burton4@usdoj.gov

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH STAPLEY, <br><br> Defendant. | INDICTMENT <br><br> Count 1: 18 U.S.C. § 922(a)(6), False Statement During Attempted Acquisition of a Firearm <br><br> Count 2: 18 U.S.C. § 922(a)(6), False Statement During Attempted Acquisition of a Firearm <br><br> Case: 4:24-cr-00005 <br> Assigned To : Nuffer, David <br> Assign. Date : 1/8/2024 <br> Description: USA v. |

The Grand Jury charges:

<u>COUNT 1</u>
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about September 16, 2023, in the District of Utah,

**JOSEPH STAPLEY,**

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a Ruger EC9S handgun, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive the firearm dealer with respect to any fact material to the lawfulness of such acquisition of the firearm, that is, he falsely answered "no" on an ATF Form 4473 asking whether he was under indictment or information in any court for a felony when, as he then knew, the answer was untrue; all in violation of 18 U.S.C. § 922(a)(6).

COUNT 2
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about September 16, 2023, in the District of Utah,

**JOSEPH STAPLEY**,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a Ruger EC9S handgun, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive the firearm dealer with respect to any fact material to the lawfulness of such acquisition of the firearm, that is, he falsely answered "no" on an ATF Form 4473 asking whether he was subject to a court order restraining him from harassing, stalking, or threatening an intimate partner when, as he then knew, the answer was untrue; all in

violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney

3